IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

        vs.

BRANDON SMITH,

               Defendant.

:   Case No.   3:12cr121

:   JUDGE WALTER H. RICE

---

**DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS
SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME;
DEFENDANT CONTINUED ON SUPERVISED RELEASE; DEFENDANT
ORALLY EXPLAINED HIS RIGHT OF APPEAL AND HE ORALLY
INDICATED AN UNDERSTANDING OF SAME; NEITHER COUNSEL
FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY
PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S
DISPOSITION; TERMINATION ENTRY**

---

On January 9, 2020, the Defendant, having previously been found in violation of his

Supervised Release, a status that began September 3, 2015, appeared in open Court for final

disposition. On the aforesaid January 9, 2020, he admitted to two additional allegations set forth

against him in a Petition directing him to show cause why that status should not be revoked. He

was once again found in violation of Supervised Release.

Pursuant to the record made on January 9, 2020, this Court, although finding Defendant

in violation of his Supervised Release, declined to revoke him; rather, he was continued on his

period of Supervised Release until termination.

Following the above, the Defendant was orally explained his right of appeal and he orally indicated an understanding of same.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's sentence.

The captioned cause remains terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

November 4, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Matt Scott, USPO
US Marshal